THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
HARRY MILLER, Appellant.

Argued October 5, 1939; decided October 20, 1939.

752

*Harry B. Siegel, Samuel Paige* and *David L. Malbin* for appellant.

*William F. X. Geoghan, District Attorney* (*Edward H. Levine* of counsel), for respondent.

Judgments reversed and information dismissed. The evidence was insufficient to sustain a conviction. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part, O'BRIEN, J.